IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY FLORIDA

DARLA C. SOLOMON, on behalf of herself
and all others similarly situated,

      Plaintiff,

vs.

SUNCOAST CREDIT UNION,

      Defendant.

CLASS REPRESENTATION

JURY TRIAL DEMANDED

## CLASS ACTION COMPLAINT

Plaintiff Darla Solomon ("Plaintiff"), individually and on behalf of all others similarly situated, by and through counsel, brings this Class Action Complaint ("Complaint") against Defendant Suncoast Credit Union ("Suncoast") and based upon personal knowledge with respect to herself, and on information and belief and the investigation of counsel as to all other matters, in support thereof alleges as follows:

## INTRODUCTION

1.    Consumers—including those who have never banked with Suncoast—have recently discovered that Suncoast opened fraudulent accounts using their identity and personal information. The consumers were not aware of these accounts being opened and did not authorize them. In Plaintiff's case, she had never even been a member or customer of Suncoast prior to Suncoast opening the accounts in her name.

2.    Suncoast's practice of allowing unauthorized accounts to be opened without minimal verification or security authentication procedures is the latest in a series of abusive and fraudulent practices that Suncoast has employed.

3.    In 2016, Wells Fargo was found liable for fraud because its employees were

opening fake accounts for Wells Fargo customers to drive up profit. Wells Fargo paid billions in fines and civil settlements. After the Wells Fargo scandal, big banks pledged that, unlike Wells Fargo, their practices were lawful and proper.

4.      However, investigations and reports on Suncoast—one of the ten largest credit unions in the country—show that Suncoast has a history and routine practice of opening accounts in the names of consumers without lawful authority and permission from the people whose identities were used to open the accounts.

5.      Most recently, unauthorized third parties have capitalized on Suncoast's loose and unsound practices by using Suncoast's "SunNet Online Banking" platform to open fraudulent checking and savings accounts with consumers' stolen Personal Identifying Information ("PII") (the "Unauthorized Account Opening").

6.      In April 2022, police reported that residents of Cape Coral, Florida were discovering that criminals gained access to their accounts.

7.      As will be more fully explained below, Plaintiff and members of the Class have been significantly injured by the Unauthorized Account Opening and have incurred out-of-pocket expenses associated with the reasonable mitigation measures they were forced to employ.

8.      Plaintiff and the Class also face identity theft and damages associated with identity theft because their PII has fallen into the hands of cybercriminals. Suncoast's negligent practices allowed cybercriminals to open fraudulent accounts using Suncoast's SunNet Online Banking platform.

9.      On behalf of herself and the Class preliminarily defined below, Plaintiff brings this action for negligence. Suncoast's failure to safeguard and properly authenticate those consumers' PII—including but not limited to their name, Social Security Number, date of birth, and

government-issued identifications number—enabled unauthorized third parties to commit identity theft. Plaintiff seeks actual, statutory, punitive, and exemplary damages arising from Suncoast's failure to safeguard the PII[1] of thousands of consumers, resulting in the identity theft of those consumers, damage to their credit, and associated harms.

<u>PARTIES, JURISDICTION, AND VENUE</u>

10. Plaintiff Darla Solomon is a *sui juris* resident of Palm Beach County, Florida. At all times relevant herein, Plaintiff Solomon was a customer of Suncoast.

11. Defendant Suncoast is a state-chartered credit union with its principal place of business in Tampa, Hillsborough County, Florida.

12. The damages in this case exceed $30,000.00, exclusive of interest, costs, and attorneys' fees.

13. The Court has personal jurisdiction over Defendant pursuant to Fla. Stat. § 48.193(1)(a)1.-2. because Defendant operated, conducted, engaged in, and or carried on a business in Florida and also committed a tortious act in Florida. Defendant's business activities in the State of Florida caused injuries to Plaintiff and Class members.

14. Venue for this action is proper in this Court because Defendant has an office for transaction of its customary business and the cause of action accrued in Hillsborough County, as well as in other locations where Defendant conducts business in the State of Florida.

15. All conditions precedent to the maintenance of this action have been satisfied or waived.

---

[1] The Federal Trade Commission defines "identifying information" as "any name or number that may be used, alone or in conjunction with any other information, to identify a specific person," including, among other things, "[n]ame, Social Security number, date of birth, official State or government issued driver's license or identification number, alien registration number, government passport number, employer or taxpayer identification number." 17 C.F.R. § 248.201(b)(8).

## FACTUAL ALLEGATIONS

### A. Suncoast's SunNet Online Banking Platform Makes it "Easier than Ever" for Unauthorized Third Parties to Open a New Account "In Just a Few Minutes"[2]

16.     Defendant Suncoast is the largest credit union in Florida[3] and is one of the ten largest credit unions in the United States in terms of assets, reporting over $16 billion in assets as of November 2022.

17.     Suncoast operates over 75 branch locations in the State of Florida and provides over one million consumers with checking, savings, individual retirement accounts, student accounts, low-rate consumer and auto loans, Visa debit and credit cards, mobile and online banking, business, and other financial services.

18.     Suncoast accumulates and manages highly sensitive PII of consumers through its banking services and products.

19.     In collecting and maintaining consumer PII, Suncoast both implicitly and explicitly agrees it will safeguard the data using reasonable means according to its internal policies and federal and state law.

20.     Under Florida law, a "bank" means a person engaged in the business of banking, including a savings bank, savings and loan association, credit union, or trust company. Fla. Stat. § 674.105(1).

21.     Under Florida law, a customer is a person having an account with a bank or for whom a bank has agreed to collect items.  Fla. Stat. § 674.104(1)(e).

22.     Despite its duty to do so, Suncoast has not implemented reasonable cybersecurity safeguards or policies to protect PII, or trained its employees to prevent, detect, and stop

---

[2] https://www.suncoastcreditunion.com/personal/bank/online-banking
[3] https://www.suncoastcreditunion.com/about-us/the-suncoast-difference

unauthorized third parties from opening fraudulent accounts through Unauthorized Account Opening on Suncoast's SunNet Online Banking platform. As a result, Suncoast leaves vulnerabilities in its systems for unauthorized third parties to exploit consumer PII and commit identity theft.

23.     This is the case even though Suncoast is aware of the importance of authenticating the personal information it accumulates in its ordinary course of business. Indeed, Suncoast ensures website visitors that "[k]eeping financial information secure is one of [its] most important responsibilities" and that it "maintain[s] physical, electronic, and procedural safeguards to protect member information" including "upgrad[ing] [its] systems when appropriate."[4]:

### SECURITY OF INFORMATION IS A PRIORITY

Keeping financial information secure is one of our most important responsibilities. We value your trust and handle information about you with care. We limit access to member information to those employees who need to know that information in order to provide products and services to you or to maintain your account. Article XVI, Section 2 of the Suncoast Credit Union by-laws requires its officers, directors, members of committees and employees to "hold in confidence all transactions of this credit union with its members and all information respecting their personal affairs."

In addition, we maintain physical, electronic and procedural safeguards to protect member information. We also continually assess new technology for protecting information and upgrade our systems when appropriate.

24.     Despite its assertion that it "value[s] consumers trust and handles information with care," Suncoast's SunNet Online Banking platform has minimal security requirements in place before allowing a new account to be opened online.

25.     In fact, Suncoast's SunNet Online Banking platform allows consumers to "open a checking or savings account in just a few minutes."[5] Suncoast does not make any attempts to reach

---

[4] *See* https://www.suncoastcreditunion.com/privacy-policy  (last visited January 12, 2023) (Attached as **Exhibit A**).
[5] https://www.suncoastcreditunion.com/personal/bank/online-banking (last visited January 12, 2023).

out to an individual to confirm his or her identity before opening a new account. Under Suncoast's SunNet Online Banking platform, consumers and cybercriminals can open a checking account by inputting an individual's personal information without any further verification or authentication on the part of Suncoast.

26.     No phone call, Zoom meeting, or personal contact is otherwise made by Suncoast to a member or account applicant before an account is opened.

27.     Conversely, it is much more difficult to close an account with Suncoast once an account has already been opened.  An individual must call and speak with a Suncoast representative, go to a branch in person and present identification to close an account, and/or complete lengthy paperwork in order to report an unauthorized account and begin the process of closing the account.

**B.      Suncoast Causes Identity Theft by Allowing Unauthorized Accounts to be Opened using Plaintiff and the Class Members' PII**

28.     Plaintiff and the members of the Class are victims of Unauthorized Account Opening at Suncoast under their identities, without their knowledge or authorization.

29.     Suncoast collects and maintains PII in its systems for the purpose of establishing credit union membership and opening and maintaining checking, savings, and other accounts. Once it obtains that PII, Suncoast owes a duty to safeguard that PII and to verify authority to use that PII in conjunction with account opening.

30.     Once Suncoast collects a consumer's PII for the purpose of opening a new membership or account, that consumer becomes a customer of Suncoast.

31.     Once Suncoast opens a membership and account in an individual's name, that individual is a customer of Suncoast.

32.     Suncoast's collection and maintenance of a consumers' PII creates a direct

relationship between Suncoast and the consumer.

33.     Suncoast owes a duty of ordinary care in its dealings with all customers and prospective customers who have a direct relationship with Suncoast or who are intended recipients of Suncoast's promises regarding account and PII verification and safeguarding.

34.     Suncoast represents to customers and prospective customers that it takes adequate measures to secure individuals' PII and properly authenticate information it receives.

35.     Despite its duties and alleged commitments to safeguard PII, Suncoast does not follow industry standard practices in securing consumers' PII.

**C.     Suncoast's Unauthorized Account Opening Is Pervasive Throughout Florida**

36.     Suncoast's practice of allowing fake accounts through Unauthorized Account Opening has been occurring on a large scale throughout Florida since at least 2022.

37.     In April 2022, the police in Cape Coral, Florida issued a warning to residents that multiple fraudulent accounts were being opened at Suncoast.[6]

38.     Florida residents receive checks, debit cards, statements, and welcome letters from Suncoast. The residents are shocked because they had never opened accounts with Suncoast.

39.     In Cape Coral, police said they have "received numerous reports of Suncoast Credit Union accounts being compromised with money missing."[7]

40.     Suncoast is well-aware of the pervasive problem of attempted Unauthorized Account Opening and has even recognized the problem on its website. Suncoast has an entire page on its website dedicated to informing consumers of how to best protect themselves from text and

---

[6] Hill, Drew. "Cape Coral police warn of compromised bank accounts that start with a simple text." WINK News, April 8, 2022. https://www.winknews.com/2022/04/08/cape-coral-police-warn-of-compromised-bank-accounts-that-start-with-a-simple-text/ (last visited January 17, 2023). Attached as **Exhibit B.**
[7] *Id.*

email phishing schemes.[8,9] By doing so—and instead of implementing adequate security protocols to prevent these foreseeable Unauthorized Account Opening—Suncoast puts the onus of preventing identity theft on innocent consumers, who are not reasonably likely to visit Suncoast's website for this kind of information until *after* the identity fraud has already occurred.

41.     Cybercriminals bypassed Suncoast's inadequate security systems on its SunNet Online Banking platform and fraudulently opened checking and savings accounts under consumers' identities.

42.     In allowing the Unauthorized Account Opening, Suncoast had collected and processed consumer's PII for the purpose of creating a direct customer relationship with those consumers.

43.     The vast majority of the victims of the Unauthorized Account Opening, including Plaintiff, were not Suncoast customers prior to the accounts being opened and had never banked with Suncoast.

44.     After the Unauthorized Account Opening, many victims have struggled to get Suncoast to close the accounts. After reporting the fraud to Suncoast, Suncoast often tells the victims that it will open an investigation into the fraudulent accounts but does not maintain open communication with the victims or send confirmation to the victims as to whether the account has been closed. As a result, victims are required to continuously call Suncoast to investigate the status of the unauthorized accounts opened in their name.

---

[8] "Alert Message Details: Protect Yourself from Text and Email Fraud." Suncoast Credit Union. https://www.suncoastcreditunion.com/alert-message-details (last visited January 17, 2023). Attached as **Exhibit C**.

[9] Palmer, Erin. "Help Protect Yourself from a Scam with One Simple Action." Suncoast Credit Union, April 6, 2022. https://www.suncoastcreditunion.com/blog/safety-and-protection/help-protect-yourself-from-a-scam-with-one-simple-action (last visited January 17, 2023). (Attached as **Exhibit D)**.

D.    **Plaintiff's Experience**

45.    Plaintiff Solomon is a Florida citizen.

46.    In or about October 2022, Plaintiff received via mail a new debit card and accompanying letters from Suncoast, thanking her for opening new accounts. *See* **Exhibit E** (October 2022 Account Statements). Specifically, the letters contained information regarding two new accounts that had been opened using her identity: (1) a "Regular Savings" account, and (2) a "Smart Checking" account.

47.    Plaintiff was not aware that an application had been made to become a Suncoast member and to open accounts, that the accounts had been opened, and did not authorize the application for or opening of the accounts.

48.    Plaintiff had never been a Suncoast customer before Suncoast opened the accounts in her name, assigning account numbers that would allow the identify thief who used Plaintiff's PII to conduct transactions on the accounts.

49.    An unauthorized third party accessed Plaintiff's PII from an unknown source and used her PII to open the checking and savings accounts under Plaintiff's name, using Suncoast's SunNet Online Banking platform and lax data security and authentication procedures.

50.    Suncoast allowed the unauthorized third party to open accounts using Plaintiff's PII.

51.    In collecting Plaintiff's PII and facilitating and allowing the Unauthorized Account Opening, Suncoast created a direct relationship with Plaintiff.

52.    As a result of Suncoast collecting Plaintiff's PII and opening checking and savings accounts in her name, Plaintiff became a customer of Suncoast.

53.    As a customer of Suncoast and as a result of the direct relationship between

Suncoast and Plaintiff, Suncoast owed Plaintiff a duty of ordinary care.

54. Once Plaintiff became aware that the savings and checking accounts had been opened using her identity, Plaintiff took numerous time-consuming steps in attempt to mitigate the damage, including:

a. Calling and reporting the unauthorized account opening to Suncoast's risk management department and completing the necessary paperwork to report the fraud;

b. Calling Suncoast multiple times thereafter to follow up on the status of Suncoast's investigation and to ultimately confirm that that accounts were closed;

c. Taking time away from work;

d. Establishing a "PIN" with the Internal Revenue Service ("IRS") to ensure a fraudulent tax return could not be filed using her identity;

e. Reporting the identity theft to local police;

f. Freezing credit accounts;

g. Changing passwords;

h. Monitoring accounts; and

i. Signing up for credit monitoring services.

55. Despite how easy it was for an unauthorized third party to open Suncoast accounts in Plaintiff's name, closing the unauthorized accounts was very burdensome to Plaintiff. Plaintiff initially called Suncoast's risk management department on October 11, 2022, to report the fraud. On October 12, 2022, Plaintiff filed an official identity theft report with Suncoast. After Plaintiff made these initial calls and reports to Suncoast, Suncoast advised her it would provide her with a report on the investigation within 10 days.

56.     However, Suncoast never called Plaintiff back to update her on the status of its investigation or otherwise confirm that it closed the unauthorized accounts opened in Plaintiff's name.

57.     On December 15, 2022, Plaintiff submitted a formal written request asking for all documentation of the investigation. Suncoast did not timely respond.

58.     On January 18, 2023, Plaintiff again called Suncoast and was on the phone for an hour before Suncoast advised her that on December 16, 2022, Suncoast had closed the unauthorized accounts opened in Plaintiff's name.

59.     To date, Suncoast has offered no compensation or explanation as to how these unauthorized accounts were opened. Suncoast also has not provided Plaintiff any credit monitoring services.

60.     Plaintiff and the proposed Class have suffered and will continue to suffer damages, including monetary losses, lost time, and effort. They have suffered, or are at an increased risk of suffering:

a.      The loss of the opportunity to control how their PII is used;

b.      The diminution in value of their PII;

c.      The compromise and continuing publication of their PII;

d.      Out-of-pocket costs associated with the prevention, detection, recovery, and remediation from identity theft or fraud;

e.      Lost opportunity costs and lost wages associated with the time and effort expended addressing and trying to mitigate the actual and future consequences of the Unauthorized Account Opening, including, but not limited to, efforts spent researching how to prevent, detect, contest, and recover from identity theft and

fraud;

f.     Unauthorized use of stolen PII; and

g.     The continued risk to their PII, which remains in the possession of Suncoast and is subject to further fraud so long as Suncoast fails to undertake the appropriate measures to protect the PII in its possession; and

h.     Current and future costs related to the time, effort, and money that will be expended to prevent, detect, contest, remediate and repair the impact of the Unauthorized Account Opening for the remainder of the lives of Plaintiff and Class members.

61.     For example, Plaintiff has spent time, effort, and money to report and continuously monitor the status of the unauthorized account opening to Suncoast and local police department. Plaintiff has signed up for credit monitoring and reported the fraud to Experian IdentityWorks, ChexSystems, and the Consumer Financial Protection Bureau.  Plaintiff has lost money based on the time she has spent away from work on her efforts to mitigate the impact of the Unauthorized Account Opening.

62.     ChexSystems has confirmed that Plaintiff's SSN is now associated with another individual's account information on its system. See **Exhibit F.**

63.     Defendant failed to protect the PII of Plaintiff and members of the proposed Class from criminal activity.  Specifically, Defendant failed to authenticate the PII of Plaintiff and members of the proposed Class to prevent them from being exploited by third parties engaged in disruptive and unlawful business practices and tactics, including online account hacking, Unauthorized Account Opening, unauthorized use of financial accounts, and fraudulent attempts to open unauthorized financial accounts (*i.e.*, identity fraud), all using the stolen PII.

64.     Suncoast's use of outdated and insecure security protocols that are easy to hack,

and its failure to maintain adequate security measures and an up-to-date technology security strategy, demonstrates a willful and conscious disregard for privacy, and has allowed the Unauthorized Account Opening.

65.     Further, Suncoast's failure to timely detect that consumers' PII was used to commit the Unauthorized Account Opening and remedy the inadequate security systems after the Unauthorized Account Opening in Cape Coral demonstrates its nonchalant approach to cybersecurity and its institutional disregard for data protection.

66.     Defendant's failure to properly notify Plaintiff and members of the proposed Class of the Unauthorized Account Opening exacerbated Plaintiff's and members of the proposed Class's injury by depriving them of the earliest ability to take appropriate measures to protect their PII and take other necessary steps to mitigate the harm caused by the Unauthorized Account Opening.

67.     Suncoast's Unauthorized Account Opening practice has caused significant financial losses, reputational and credit reporting damage, and related stress and hardship to Class members.  Specifically, Suncoast has:

a.     Allowed unauthorized electronic fund transfers or withdrawals from customer accounts;

b.     Placed or caused to be placed erroneous and derogatory information in credit reports when unauthorized accounts were opened, closed, or utilized.

68.     As a result of the Unauthorized Account Opening, Plaintiff and the Class now face, and will continue to face, a heightened risk of identity theft, fraud, and damaged credit for the rest of their lives.

**E.      Suncoast Failed to Adhere to FTC Guidelines or Industry Standards**

69.      According to the Federal Trade Commission ("FTC"), the need for data security should be factored into all business decision-making.[10]  To that end, the FTC has issued numerous guidelines identifying best data security practices that businesses, such as Suncoast, should employ to protect against the unlawful exposure of PII.

70.      In 2016, the FTC updated its publication, *Protecting Personal Information: A Guide for Business,* which established guidelines for fundamental data security principles and practices for business.[11]  The guidelines explain that businesses should:

   a.      protect the personal customer information that they keep;

   b.      properly dispose of personal information that is no longer needed;

   c.      encrypt information stored on computer networks;

   d.      understand their network's vulnerabilities; and

   e.      implement policies to correct security problems.

71.      The FTC recommends that companies not maintain PII longer than is needed for authorization of a transaction; limit access to sensitive data; require complex passwords to be used on networks; use industry-tested methods for security; monitor for suspicious activity on the network; and verify that third-party service providers have implemented reasonable security measures.[12]

72.      The FTC has brought enforcement actions against businesses for failing to adequately and reasonably protect customer data, treating the failure to employ reasonable and

---

[10] *Start with Security: A Guide for Business*, FED. TRADE COMM'N (Sep. 2, 2015), https://www.ftc.gov/system/files/documents/plain-language/pdf0205-startwithsecurity.pdf.
[11] *Protecting Personal Information: A Guide for Business*, FED. TRADE COMM'N (Sep. 28, 2016), https://www.ftc.gov/system/files/documents/plain-language/pdf-0136_proteting-personal-information.pdf.
[12] *See Start with Security*, *supra* note 30.

appropriate measures to protect against unauthorized access to confidential consumer data as an unfair act or practice prohibited by Section 5 of the Federal Trade Commission Act ("FTCA"), 15 U.S.C. § 45. Orders resulting from these actions further clarify the measures businesses must take to meet their data security obligations.

73.     Suncoast's failure to employ reasonable and appropriate measures to protect against unauthorized use of consumers' PII by allowing the Unauthorized Account Opening constitutes an unfair act or practice prohibited by Section 5 of the FTCA, 15 U.S.C. § 45.

74.     As a long-standing member of the banking community, and being one of the nation's largest credit union, Suncoast knew or should have known the importance of safeguarding consumer PII and of the foreseeable consequences of identity theft.  Despite this knowledge, however, Suncoast failed to take adequate cyber-security measures to prevent the Unauthorized Account Opening from happening.

75.     Suncoast has not provided any compensation to consumers victimized by the Unauthorized Account Opening; offered to provide any assistance or compensation for the costs and burdens — current and future — associated with the identity theft and fraud resulting from the Unauthorized Account Opening; or taken any other effort to assist the Plaintiff and Class members from repairing their credit.

## CLASS ACTION ALLEGATIONS

76.     Plaintiff brings this action pursuant to Florida Rules of Civil Procedure 1.220(a) and (b)(3) on behalf of the following Class:

> All Florida citizens who had a checking or savings account opened under their identity by Suncoast without their authorization using PII for Unauthorized Account Opening via Suncoast's SunNet Online Banking platform.

77.    Excluded from the Class are individuals who file a request for exclusion, governmental entities, Defendant, its parents, directors, officers, attorneys, and members of their immediate families, and the Court and persons within the third degree of relationship to the Court.

78.    **Numerosity:** The members of the Class are so numerous and geographically dispersed that individual joinder of all members is impracticable within the meaning of Rule 1.220(a)(1). While the exact number of Class members can be determined only by appropriate discovery, Plaintiff believes that the Class includes, at minimum, thousands of members. The disposition of claims of Class members in a single action will provide substantial benefits to all parties and the Court.

79.    **Commonality:** Plaintiff's claims raise questions of law and fact that are common to all putative Class members within the meaning of Rule 1.220(a)(2). *See Soper v. Tire Kingdom Inc.*, 124 So. 3d 804 (Fla. 2013). The common issues presented include but are not limited to:

a.    Whether Suncoast had a duty to safeguard and authenticate PII at the time of account opening;

b.    Whether Suncoast knew or should have known of the susceptibility of Suncoast's online account enrollment program to fraudulent accounts;

c.    Whether Suncoast's security measures to detect fraud in the account opening process were reasonable and met industry standards;

d.    Whether Suncoast was negligent in failing to implement reasonable and adequate security procedures and practices to prevent Unauthorized Account Opening to occur;

e.    Whether Suncoast's failure to implement adequate data security measures allowed the Unauthorized Account Opening to occur;

f.   Whether Suncoast's conduct, including its failure to act after the Cape Coral incidents, resulted in or was the proximate cause of Unauthorized Account Opening, resulting in the unlawful use of the Plaintiff's and Class members' PII;

g.   Whether Plaintiff and Class members were injured and suffered damages or other losses because of Suncoast's failure to reasonably protect and authenticate customers' PII at account opening;

h.   Whether Plaintiff and Class members are entitled to relief;

i.   Whether Suncoast failed to adequately notify Class members of the use of their PII; and

j.   Whether Suncoast breached its duty to Class members by failing to properly safeguard their PII and by failing to notify them of Unauthorized Account Opening.

80.   **Typicality:** As required by Rule 1.220(a)(3), Plaintiff's claims are typical of the claims of all Class members, because all such claims arise from the same set of facts regarding Suncoast's wrongful conduct in allowing Unauthorized Account Opening. Plaintiff is advancing the same claims and legal theories on behalf of herself and other members of the Class. Plaintiff is not advancing any unique claims nor is she subject to any unique defenses.

81.   **Adequacy:** As required by Rule 1.220(a)(4), Plaintiff and her counsel will fairly and adequately protect the interests of the Class. Plaintiff is a more than adequate representative of the Class in that Plaintiff is a victim of the Unauthorized Account Opening, has incurred reasonable mitigation damages as a result of the Unauthorized Account Opening, and brings the same claims on behalf of herself and the putative Class. Plaintiff has no interests antagonistic to that of the Class members. Plaintiff has retained counsel who are competent and experienced in

litigating class actions, including class actions following data breaches and unauthorized data use (*i.e.,* identity fraud) and against banks and credit unions, and specifically Suncoast. Plaintiff intends to vigorously prosecute this case and will fairly and adequately protect the Class's interests.

82.     **Predominance and Superiority:** This action is properly maintained as a class action pursuant to Rule 1.220(b)(3) because questions of law and fact common to Plaintiff's claims and the claims of the members of the Class predominate over questions of law and fact affecting only individual Class members, such that a class action is superior to other methods for the fair and efficient adjudication of this controversy. The issues relating to Plaintiff's claims are similar to the issues relating to the claims of the other members of the Class, such that a class action provides a far more efficient vehicle to resolve the claims rather than a myriad of separate and individual lawsuits. The maintenance of this action under Rule 1.220(b)(3) is also supported by the following considerations:

a.     The unnamed members of the Class are unlikely to have an interest in individually controlling the prosecution of separate actions;

b.     Concentrating the litigation of the claims in one forum is desirable;

c.     Plaintiff anticipates no difficulty in the management of this litigation as a class action; and

d.     Plaintiff's legal counsel has the financial and legal resources to meet the substantial costs and legal issues associated with this type of litigation.

83.     Plaintiff knows of no unique difficulty to be encountered in the prosecution of this action that would preclude its maintenance as a class action.

84.     Likewise, particular issues are appropriate for certification because such claims present only particular, common issues, the resolution of which would advance the disposition of

this matter and the parties' interests therein. Such issues include, but are not limited to:

a.    Whether Suncoast owed a legal duty to Plaintiff and the Class to exercise due care in safeguarding their PII and to not allow Unauthorized Account Opening in their names;

b.    Whether Suncoast's security measures to protect its SunNet Online Banking system from Unauthorized Account Opening was reasonable considering best practices recommended by industry experts;

c.    Whether Suncoast's failure to institute adequate protective security and authentication measures allowing Unauthorized Account Opening amounted to negligence;

d.    Whether Suncoast failed to take commercially reasonable steps to safeguard and authenticate consumer PII because of the Unauthorized Account Opening; and

e.    Whether adherence to FTC data security recommendations and industry standards on data security would have reasonably prevented the Unauthorized Account Opening.

## CAUSE OF ACTION

### NEGLIGENCE
### (On behalf of Plaintiff and the Class)

85.    Plaintiff repeats and incorporates by reference paragraphs 1-84.

86.    Suncoast, one of the largest credit unions in the U.S., is no novice to the widespread fraud committed every day by unauthorized third parties by opening unauthorized accounts.

87.    The high profile Wells Fargo scandal and banking industry investigations and scrutinization that followed put Suncoast on notice that it has a duty to protect innocent consumers' financial and personal information.

88.     Suncoast had full knowledge of the sensitivity of the PII and the types of harm that Plaintiff and Class members could and would suffer if the PII was used to open unauthorized accounts, giving rise to Suncoast's duty to implement measures to adequately protect consumers' PII.

89.     Suncoast represents to consumers that it takes adequate measures to secure consumers' PII and properly authenticate information it receives, therefore creating a direct relationship with those consumers whereby Suncoast owed a duty to those consumers.

90.     In collecting Plaintiff's and Class members' PII and facilitating the Unauthorized Account Opening, Suncoast created a direct relationship with Plaintiff and Class members.

91.     As a result of Suncoast collecting Plaintiff's and Class members' PII and opening checking and savings accounts in their names, Plaintiff and Class members were customers of Suncoast.

92.     As a customer of Suncoast and as a result of the direct relationship between Suncoast, Suncoast owed Plaintiff and the Class members a duty of ordinary care.

93.     Suncoast had a duty to exercise reasonable care in safeguarding, securing, and protecting such information from being compromised, lost, stolen, misused, and/or disclosed by unauthorized parties. This duty includes, *inter alia*, designing, maintaining and testing its SunNet Online Banking protocols to ensure that Plaintiff's and Class members' PII was adequately screened, authenticated, and protected and that employees tasked with processing such information were adequately trained on cyber security measures regarding consumer PII in the account opening and account maintenance processes.

94.     Especially considering the Unauthorized Account Opening in Cape Coral, Plaintiff and the Class members were the foreseeable and probable victims of any inadequate security

practices and procedures that Suncoast employed. Suncoast knew of or should have known of (a) the inherent risks in collecting and processing the PII of Plaintiff and the Class, (b) the critical importance of providing adequate security of that PII, (c) that Suncoast had inadequately trained its employees, and (d) that Suncoast security protocols were insufficient to protect the PII of Plaintiff and Class members because Suncoast failed to verify that PII was authorized to be used to open Suncoast checking, savings, and other accounts.

95.     Suncoast's own conduct created a foreseeable risk of harm to Plaintiff and Class members. Suncoast's misconduct included, but was not limited to, its failure to take the steps to prevent the Unauthorized Account Opening as set forth herein, foremost being to verify that the PII was authorized to be used by the person whose PII was used to open accounts. Suncoast's misconduct also included its decision that it would not comply with industry standards for the safekeeping and authentication of consumer PII, which reasonably would have prevented the Unauthorized Account Opening.

96.     Section 5 of the FTC Act prohibits "unfair…practices in or affecting commerce," including, as interpreted and enforced by the FTC, the unfair act or practice by businesses, such as Suncoast, of failing to use reasonable measures to protect PII. The FTC publications and orders described above also form part of the basis of Suncoast's duty in this regard.

97.     Suncoast further violated Section 5 of the FTC Act by failing to use reasonable measures to protect consumer PII and not complying with applicable industry standards, as described herein. Suncoast's conduct was particularly unreasonable given the nature and amount of PII it received using its SunNet Online Banking system and stored, and the foreseeable consequences of the Unauthorized Account Opening including, specifically, the damages that would result to Plaintiff and Class members if third parties were permitted to open and use

accounts.

98.     Plaintiff and the Class members had no ability to prevent the Unauthorized Account Opening because Suncoast never took the simple act of contacting them to confirm identity and account opening authorization before account opening.

99.     Suncoast breached its duty to Plaintiff and the Class by failing to exercise ordinary and reasonable care in protecting and safeguarding their PII while it was within Suncoast's possession or control.

100.     Suncoast unlawfully breached its duty to Plaintiff and Class members by failing to have appropriate procedures in place to detect and prevent unauthorized use of consumers' PII to open accounts.

101.     Suncoast also unlawfully breached its duty to adequately disclose to Plaintiff and Class members the existence and scope of the Unauthorized Account Opening.

102.     But for Suncoast's wrongful and negligent breach of duties owed to Plaintiff and Class members, Plaintiff and Class Members' PII would not have been exploited and the damages caused by the Unauthorized Account Opening would not have occurred.

103.     As a result of Suncoast's negligence, Plaintiff and the Class have suffered and will continue to suffer damages and injury including, but not limited to, out-of-pocket expenses associated with mitigating against the Unauthorized Account Opening, such as time off work and lost wages or sales commissions, time spent monitoring accounts and changing passwords, effort spent signing up for credit monitoring services, damage to credit, and other current and future consequences of the Unauthorized Account Opening.

104.     These harms are directly and proximately caused by the Unauthorized Account Opening.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Honorable Court, for herself and all members of the Class:

A.   Certify the Class pursuant to Rule 1.220(a) and (b)(3);

B.   Appoint the undersigned as Class counsel;

C.   Appoint Plaintiff as the Class representative;

D.   Award Plaintiff and Class members damages in such amount as the Court or jury may determine;

E.   Award Plaintiff attorneys' fees and all litigation costs as allowed by law; and

F.   Award Plaintiff and Class members any further relief that the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial for all counts for which a trial by jury is permitted by law.

Dated:  March 2, 2023

Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow (FBN 121452)
Jonathan M. Streisfeld (FBN 117447)
**KOPELOWITZ OSTROW P.A.**
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com
streisfeld@kolawyers.com

Lynn A. Toops (*pro hac vice* forthcoming)
Amina A. Thomas (*pro hac vice* forthcoming)
**COHEN & MALAD, LLP**
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

Samuel J. Strauss (*pro hac vice* forthcoming)
Raina C. Borrelli (*pro hac vice* forthcoming)
Alex Phillips  (*pro hac vice* forthcoming)
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
T: (608) 237-1775
F: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com
alexp@turkeStrauss.com

*Counsel for Plaintiff and the Proposed Class*

# EXHIBIT A



Login

# Privacy Policy for Members

At Suncoast Credit Union, trust has always been the foundation of our relationship with our members. Because you trust us with your financial and other personal information, and we believe that all personal and financial information specific to you that you provide through any channel constitutes personal information, we are committed to respect your privacy and safeguard that information. In order to preserve that trust, Suncoast Credit Union and its affiliates pledge to protect your privacy by following the practices outlined below. It is important for you to know that Suncoast Credit Union **does not sell member information.** See Privacy Notice. (/~/media/files/privacynotice.pdf)

This policy covers member information, which means personally identifiable information about a member or a member's current or former relationship with Suncoast Credit Union. This policy is provided to you as required by the Federal Financial Privacy Law (Gramm-Leach-Bliley Act).*

For **SITE SECURITY** purposes and to ensure that this service remains available to all users, unauthorized attempts to upload information or change information on this service are strictly prohibited and may be punishable under the Computer Fraud and Abuse Act of 1986 and the National Information Infrastructure Protection Act.

*NCUA Rules and Regulations, 12 CFR Parts 716 and 741.

## SECURITY OF INFORMATION IS A PRIORITY

Keeping financial information secure is one of our most important responsibilities. We value your trust and handle information about you with care. We limit access to member information to those employees who need to know that information in order to provide products and services to you or to maintain your account. Article XVI, Section 2 of the Suncoast Credit Union by-laws requires its officers, directors, members of committees and employees to "hold in confidence all transactions of this credit union with its members and all information respecting their personal affairs."

In addition, we maintain physical, electronic and procedural safeguards to protect member information. We also continually assess new technology for protecting information and upgrade our systems when appropriate.

## ACCURACY OF INFORMATION

We strive to keep your account records and personal information accurate, and will respond promptly when we are notified of the need for corrections. If you see any inaccuracy in your statements or in any other communications from us, please call us at 1-800-999-5887 or contact us (/about-us/contact-us), and we will promptly update or correct any erroneous information.

### COLLECTING INFORMATION

Suncoast Credit Union and it's affiliates collect only relevant information about our members as allowed or required by law in order for us to conduct the Credit Union's business and service your accounts. We maintain strict security procedures to protect your information. Member information that we collect is categorized into the following types:

1. Information about your identity that we receive from you on your account applications and other forms. We may keep this information so that we can provide the products and services you request.
2. Information about your transactions and account experience with us and our affiliates
3. Information from a consumer credit report
4. Information from other outside sources regarding employment, credit or other relationships with you or verifying representations made by you such as employment history, etc.

## SHARING OF INFORMATION WITH COMPANIES THAT WORK WITH US

REWARDS FOR REFERRING A FRIEND ✕ (●)

In order to conduct the business of the Credit Union, we may share your member information with companies that work with us to provide you with products and services you've requested or already have with us. We share the information needed to provide those products and services and to ensure the highest level of service. Some of these companies may include financial service providers such as insurance companies and payment processing companies and nonfinancial companies such as check printing, statement processing and data processing companies.

Suncoast Credit Union and its affiliates may also work closely to offer products and services to meet member needs. As a result, we may also share your nonpublic personal information with each other as permitted by law.

To protect our members' privacy, we only work with companies that agree to maintain strong confidentiality protections and abide by the Credit Union's Privacy Policy and use the information only to provide those services prescribed by Suncoast Credit Union.

### DISCLOSING INFORMATION IN OTHER SITUATIONS

We may also disclose your personal financial information to credit bureaus and similar organizations as permitted by law and to comply with any court order or applicable laws or regulations and when you give us your written permission. This may include a disclosure in connection with a subpoena or similar legal process, a fraud investigation, recording of deeds and mortgages in public records or an audit or examination.

### INFORMATION SHARING RESTRICTIONS

Other than the disclosures referenced above, Suncoast Credit Union will not release, share or sell your nonpublic personal information to any unaffiliated third parties.

### HOW YOU CAN HELP PROTECT YOUR PRIVACY

Your Credit Union is committed to protecting the privacy of its members. Members can help by following these simple guidelines:

* Protect your account numbers, plastic card numbers, PINs or passwords. Never keep your PIN with your card which can provide free access to your accounts if your card is lost or stolen.
* Use caution when disclosing your account numbers, social security numbers or other personal information to other persons. If someone calls you explaining the call is on behalf of the Credit Union and asks for your account number, you should beware. Official Credit Union staff will have access to your information and will not need to ask for it.
* Keep your information with us current. If your address or phone number changes, please let us know. It is important that we have current information on how to reach you. If we detect potentially fraudulent or unauthorized activity or use of an account, we will attempt to contact you immediately.

### KEEPING UP-TO-DATE WITH OUR PRIVACY POLICY

Suncoast Credit Union will provide notice of our privacy policy to all members. This policy may change from time to time, but you will always be able to view our current policy at our web site at suncoastcreditunion.com (/-/media/files/privacynotice.pdf) or contact us for a copy at **1-800-999-5887.**

### REDUCING DIRECT MARKETING FROM OTHER COMPANIES

If you would like to reduce the amount of advertising you receive from companies other than Suncoast Credit Union, you can write to the following agencies:

**For advertising received by mail:**
**Mail Preference Service**
DMA Mail Preference Service
P.O. Box 643
Carmel, NY 10512

**For advertising received via telephone:**
**Telephone Preference Service**
DMA Telephone Preference Service
P.O. Box 1559
Carmel, NY 10512

Be sure to include complete information about each name, address and telephone number you would like excluded from these lists. If you have moved within the past year, remember to include your old address and phone number. The same is true for name changes and the addresses and phone numbers associated with each name.

If you would like to have your name taken off all pre-approved credit solicitations, you can write to the following credit reporting bureaus or call 1-888-5OPTOUT (888-567-8688). Be sure to include your full name, full address, social security number and signature.

REWARDS FOR REFERRING A FRIEND

Equifax Information Services LLC

**Suncoast**
, Credit Union

Trans Union
Name Removal Option
P.O. Box 505
Woodlyn, PA 19094

## INTERNET SECURITY

Encryption - When you apply online for accounts or services, personal information obtained via applications is protected through a "secure session" established with industry standard technology - Transport Layer Security (TLS). To find out more about TLS, click here ( https://www.suncoastcreditunion.com/personal/bank/online-banking-security#tabs).

All inquiries and transactions done via our Internet home banking site, SunNet, are secured through TLS.

**Email** - Regular non-encrypted Internet email is not secure. Messages sent via the contact us link from our website are not secure and should never contain any personal or sensitive information such as account numbers, passwords or balance information. Our staff will never reply back to these email messages with confidential member information.

Email messages initiated through our Internet home banking product - SunNet - are secured through TLS.

**Cookies** - In order to make your use of our website more efficient and user friendly, "cookies" are used as a part of our interaction with your browser. A "cookie" is a small test file placed on your hard drive by our web server that helps our site to be much more intuitive when you request information. **We do not use the information collected by these "cookies" for any other purposes.**

Suncoast cooperates with some third parties to offer a greater array of products and services to our members. These partnerships are often links out to their website and may require a "cookie" for their site to perform properly. You can configure your preferences or options in your browser to warn you when "cookies" are required to fulfill your request. You will have the option not to accept the use of the "cookie"; however, that portion of the site may not function properly.

**Children** - We do not knowingly market or solicit information from minors. Our site has an educational section for children, but we rely on the parent's involvement to assist children in using this portion of the site.

### Personal

Smart Checking™ (/personal/bank/checking)
Savings and CDs (/personal/bank/savings)
Vehicle Loans (/personal/borrow/vehicle-loans)
Mortgages (/personal/borrow/mortgages)
Credit Cards (/personal/borrow/credit-cards)
Insurance (/personal/insure)
Retirement and Investments (/personal/invest)
Suncoast Realty Services (/personal/borrow/mortgages-realty-services)

### Business

Business Credit Cards (/business/borrow/business-credit-cards)
Commercial Loans (/business/borrow/commercial-loans)
Business Insurance (/business/insurance)

### Student

Student Savings (/student/bank/student-savings)
Teen Checking (/student/bank/teen-checking)
Student VISA (/student/borrow/student-credit-cards)
Learn (/student/learn)

### Community

Offers and Promotions (/community/promotions)
Community Events (/community/community-events)
Suncoast Foundation (/community/suncoast-foundation)
Pennies Add Up (/community/pennies-add-up)
Community Outreach (/community/community-outreach)
Green Suncoast (/community/green-suncoast)
Suncoast Scholarships (/community/suncoast-scholarships)
Member Advocacy (/community/member-advocacy)

### About Suncoast

The Suncoast Difference (/about-us/the-suncoast-difference)
Credit Unions vs. Banks (/about-us/credit-union-vs-banks)
News (/about-us/publications)
Interactive Tellers (/itm)
Careers (https://careers.suncoastcreditunion.com/)
Diversity, Equity and Inclusion (/community/diversity-equity-and-inclusion)
Refer A Friend (https://love.suncoastcreditunion.com/footer)

REWARDS FOR REFERRING A FRIEND



**Suncoast Credit Union**
P.O. Box 11904 Tampa, FL 33680

**Routing Number**
263 182 817

(https://www.facebook.com/suncoastcreditunion?
ref_src=twsrc%5E...



(https://www.ncua.gov/)

(https://www.hud.gov/fairhousing)

Your Savings Federally Insured to at least $250,000 and backed by the full faith and credit of the United States Government National Credit Union Administration. Equal Housing Opportunity. Copyright 1999 – 2023 Suncoast Credit Union. Cookies are used on this website to improve functionality and performance and to analyze traffic to the website.

Privacy Policy (/privacy-policy) | Excessive or Luxury Expenditures Policy (/excessive-or-luxury-expenditure-policy)

**Suncoast Credit Union Accessibility Statement**

**Purpose**
Since early 2017 and as part of Suncoast's commitment to accessibility for persons with disabilities, Suncoast has been working to modify and update all of its core web page material and mobile application material to include enhanced features for improved accessibility. Suncoast is committed to making reasonable modifications to its web pages and mobile application as requested by our members or otherwise as planned within Suncoast's website and mobile application remediation plan. So, while Suncoast works to improve the accessibility of its online environment, please pardon our digital "dust."

**Contact**
If during Suncoast's remediation you encounter a web page or element of our mobile application that is difficult to access, please contact us. For that purpose, Suncoast has created a process for investigating and responding to your accessibility concerns and/or questions. If you would like to contact us, please do so from our Contact Us page (/about-us/contact-us).

REWARDS FOR REFERRING A FRIEND

# EXHIBIT B

# Cape Coral police warn of compromised bank accounts that start with a simple text

REPORTER: JUSTIN KASE
WRITER: DREW HILL

PUBLISHED: APRIL 8, 2022 10:10 PM EDT
UPDATED: APRIL 8, 2022 10:28 PM EDT

CAPE CORAL

The Cape Coral Police Department is warning of a text message that looks like it's from your bank. Cape PD has received several reports of banks accounts getting compromised from Suncoast Credit Union.

People who bank with Suncoast are discovering that crooks have gained access to their bank accounts. This is because the text messages coming from the see scammers look legitimate. Multiple people who received the scam messages say they look very similar to the messages they expect to see from Suncoast.

You get a message from your bank saying there's a problem with your bank account. Except, there isn't.

Rich Kolko is WINK News Safety and Security Specialist. "If your bank sends you a text message or an email saying we need you to do something, confirm and account, check a password, click here... don't do it!" Kolko said.

Scammers are targeting people by pretending to be their bank. Cape Coral police said they've received numerous reports of Suncoast Credit Union accounts being compromised with money missing.

"The more specific they become, it can certainly raise the fear level in anybody receiving these scams," said Kolko.

WINK News spoke with one woman who got a text on her phone. Although she said it looked convincing, she didn't click on it.

Suncoast Credit Union has even created a webpage showing you what to look out for. They say when it comes to email and text, they will never ask for your account numbers, pins, CVV codes, or full social security numbers.

Cape Coral police warn of compromised bank accounts that start with a simple text

"They are going to continue forever. We have to learn how to live with them. And we hope that law enforcement can make a dent in them. They do a small bit. But you have to be your own first responder. You have to protect your money, protect your identity, protect your data," Kolko said.

Another woman told us she became the victim of this scam but was able to close her account before her money was taken. She didn't feel comfortable speaking on camera.

Kolko says if you aren't careful. your money could end up gone for good. "You have to act slowly, act carefully, act meticulously. Make sure you're not passing on any additional information," he said.

Cape Coral police also told WINK News not to click on links in text messages. They say if you are alerted of a potential problem with your bank account, call your bank directly or go to your bank's app.

Copyright 2023 Fort Myers Broadcasting Company. All rights reserved. This material may not be published, broadcast, rewritten or redistributed without prior written consent. Do you see a typo or an error? Let us know.



# EXHIBIT C



Login

# Alert Message Details

## Protect Yourself from Text and Email Fraud



Report fraudulent text messages or emails by sending a screenshot and the phone number of the sender to abuse@suncoastcreditunion.com (mailto:abuse@suncoastcreditunion.com).

If you're a Suncoast member who mistakenly provided any personal information or who has been impacted by a scam, please contact Suncoast (/about-us/contact-us) immediately to report the fraud and update all necessary credentials.

**Suncoast will never ask for your complete account number, PIN, CVV code, or full social security number in a text or email. If you receive a message asking for that kind of information, do not engage!**

Scammers are clever. They are experts at tricking people. Thankfully, there is one simple thing you can do to prevent yourself from becoming a victim of fraud. Ready to hear it?

*Do **NOT** click the link.*

REWARDS FOR REFERRING A FRIEND ✕(#)

It's that easy! When you get an unexpected text that claims to be from Suncoast Credit Union or another financial institution and it includes a link,

REWARDS FOR REFERRING A FRIEND



LEARN HOW TO PROTECT YOURSELF FROM FRAUDULENT MESSAGE LIKE THESE.



**Suncoast** Credit Union

REWARDS FOR REFERRING A FRIEND

**Personal**

Smart Checking™ (/personal/bank/checking)

Savings and CDs (/personal/bank/savings)

Vehicle Loans (/personal/borrow/vehicle-loans)

Mortgages (/personal/borrow/mortgages)

Credit Cards (/personal/borrow/credit-cards)

Insurance (/personal/insure)

Retirement and Investments (/personal/invest)

Suncoast Realty Services

Mortgages (/personal/borrow/mortgages-realty-services)

**Business**

Business Credit Cards (/business/borrow/business-credit-cards)

Commercial Loans (/business/borrow/commercial-loans)

Business Insurance (/business/insurance)

**Student**

Student Savings (/student/bank/student-savings)

Teen Checking (/student/bank/teen-checking)

Student VISA (/student/borrow/student-credit-cards)

Learn (/student/learn)

**Community**

Offers and Promotions (/community/promotions)

Community Events (/community/community-events)

Suncoast Foundation (/community/suncoast-foundation)

Pennies Add Up (/community/pennies-add-up)

Community Outreach (/community/community-outreach)

Green Suncoast (/community/green-suncoast)

Suncoast Scholarships (/community/suncoast-scholarships)

Member Advocacy (/community/member-advocacy)

**About Suncoast**

The Suncoast Difference (/about-us/the-suncoast-difference)

Credit Unions vs. Banks (/about-us/credit-union-vs-banks)

News (/about-us/publications)

Interactive Tellers (/itm)

Careers (https://careers.suncoastcreditunion.com/)

Diversity, Equity and Inclusion (/community/diversity-equity-and-inclusion)

Refer A Friend (https://love.suncoastcreditunion.com/footer)

**Suncoast**
Credit Union

**Suncoast Credit Union**
P.O. Box 11904 Tampa, FL 33680

**Routing Number**
263 182 817

NCUA

(https://www.ncua.gov/)

(https://www.hud.gov/fairhousing)

**Suncoast Credit Union Accessibility Statement**

**Purpose**
Since early 2017 and as part of Suncoast's commitment to accessibility for persons with disabilities, Suncoast has been working to modify and update all of its core web page material and mobile application material to include enhanced features for improved accessibility. Suncoast is committed to making reasonable modifications to its web pages and mobile application as requested by our members or otherwise as planned within Suncoast's website and mobile application remediation plan. So, while Suncoast works to improve the accessibility of its online environment, please pardon our digital "dust."

(https://www.fastpaydvdvfost/favicotest/favicteauft
ref_src=twsrc%5Et

Your Savings Federally Insured to at least $250,000 and backed by the full faith and credit of the United States Government National Credit Union Administration. Equal Housing Opportunity. Copyright 1999 – 2023 Suncoast Credit Union. Cookies are used on this website to improve functionality and performance and to analyze traffic to the website.

Privacy Policy (/privacy-policy) | Excessive or Luxury Expenditures Policy (/excessive-or-luxury-expenditure-policy)

REWARDS FOR REFERRING A FRIEND

**Contact**

Suncoast's remediation... you encounter a web page or element of our mobile application that is difficult to access, please contact us. For that purpose, Suncoast has created a ...responding to your accessibility concerns and/or questions. If you would like to contact us, please do so from our Contact Us page (/about-us/contact-us).

**Suncoast Credit Union**

REWARDS FOR REFERRING A FRIEND

# EXHIBIT D

Help Protect Yourself from a Scam with One Simple Action

**Suncoast**CreditUnion

A Blog for a Bright
Financial Future

SAFETY & PROTECTION

# Help Protect Yourself from a Scam with One Simple Action

April 6, 2022 | By Erin Palmer

**Suncoast will never ask for your complete account number, PIN, CVV code, or full social security number in a text or email. If you receive a message asking for that kind of information, do not engage!**

Scammers are clever. They are experts at tricking people. Thankfully, there is one simple thing you can do to prevent yourself from becoming a victim of fraud. Ready to hear it?

*Do **NOT** click the link.*

It's that easy! When you get an unexpected text that claims to be from Suncoast Credit Union or another financial institution and it includes a link, **do not click it.**

Let's go over some examples:

https://www.suncoastcreditunion.com/blog/safety-and-protection/help-protect-yourself-from-a-scam-with-one-simple-action

1/11/23, 11:12 AM

## Help Protect Yourself from a Scam with One Simple Action



This image shows an example of a recent fraudulent text. The text claims to be from Suncoast, but it was not. It was sent by a fraudster.

Typically, messages like this one get sent to all sorts of people, whether they have an account or not. The goal here is to frighten you into thinking that there was a payment made from one of your accounts in order to get you to click the fraud link.

How do you protect yourself? Don't click the link.

In this case, there are some hints that this is a fraudulent text. You may notice that the URL is misspelled, for example. Even if you missed that, it's ok. Because you're not going to click on the link.

If you get a text like this and want to ensure that there was no payment made from your account, you can log in to your account through your usual channels. Instead of clicking the text link, just go directly to Suncoast's app or online banking login page like you normally would. You could also call us directly or stop by a branch if you prefer.

Let's look at more examples:

https://www.suncoastcreditunion.com/blog/safety-and-protection/help-protect-yourself-from-a-scam-with-one-simple-action

1/11/23, 11:12 AM

## Help Protect Yourself from a Scam with One Simple Action



These are both fraudulent messages. Like the first one, these texts claim to be from Suncoast. They are actually from a scammer. These texts also try to trick you into clicking the link, this time by claiming that there is suspicious activity on your account.

How do you stay safe? Do **NOT** click the link.

Again, there are hints that this is not legitimate. The first link doesn't even appear to be from Suncoast and the second comes from a URL that is not ours, even though they put our name as part of the title. The scammer is hoping you will be so afraid of potential fraud that you will click as a reaction to protect yourself.

If you want to know if there is any suspicious activity on your account, once again, all you need to do is go directly to the Suncoast app or online banking login as you normally would, to check. Or you can reach out to our team at a branch or over the phone. We can confirm that your account is safe and that the text did not come from Suncoast.

Whether it is a text message like the ones shown here or an email with a similar tone that asks for immediate action, stop and think before you click the link. That one simple step can save you.

### What happens if I already clicked the link?

While we really want to help emphasize the importance of not clicking on fraudulent links, we understand that sometimes it happens. Try to keep your radar up, even if you accidentally clicked the link.

Different scams have different strategies, so it's crucial to stay vigilant. For example, some of the links from the examples above lead to a page that at first glance looks like Suncoast's log in page. If you take a moment to look, you will notice that the URL is not our official website.

The scammer hopes you will attempt to log in to this fake page, because if you do, they will now have your log in information. This means they can now log in to your accounts and access your money.

If you mistakenly click the link and it brings you to what looks like a log in screen, do not engage further. Leave the page. **Never put in your personal information.**

Here are a few additional points to keep in mind:

4/5

## Help Protect Yourself from a Scam with One Simple Action

* Suncoast will never ask for your complete account number, PIN, CVV code, or full social security number in a text or email
* If you aren't sure if a text or email is legitimate, do not engage with it and reach out to us directly through our usual channels



If you have been a target or are concerned you may have been a victim of a scam, please send an email to abuse@suncoastcreditunion.com

Category: SAFETY & PROTECTION | Tags: Data privacy, Fraud, Imposter Scam, Phishing, Phone Scam, Scams

**Share This Article On:**  [f] [y] [in]  more...

## Other Topics

SAFETY & PROTECTION

## Related Articles

SAFETY & PROTECTION

SAFETY & PROTECTION

### What is GAP and What Does it Cover?

If you're making car payments, Guaranteed Asset Protection (GAP) is a type of coverage that can save you a ton of money if your car is lost or totaled. Let's explore what GAP is and what it covers.

### Text and Phone Bank Fraud Scam

Learn about how some scammers are committing bank fraud by combining text messages and a phone call to gain access to bank information and what you can to do protect yourself from account takeover.

Load More



**Suncoast**
Credit Union

1/11/23, 11:12 AM

**Help Protect Yourself from a Scam with One Simple Action**

Visit our website: suncoastcreditunion.com

   

This credit union is federally insured by the National Credit Union Administration. Equal Housing Opportunity. Privacy Policy.

©2022 Suncoast Credit Union

**Suncoast Credit Union Accessibility Statement**

Purpose
Since early 2017 and as part of Suncoast's commitment to accessibility for persons with disabilities, Suncoast has been working to modify and update all of its core web page material and mobile application material to include enhanced features for improved accessibility. Suncoast is committed to making reasonable modifications to its web pages and mobile application as recommended by our members or otherwise as planned within Suncoast's website and mobile application remediation plan. So, while Suncoast works to improve the accessibility of its online environment, please pardon our digital "dust."

Contact
If during Suncoast's remediation you encounter a web page or element of our mobile application that is difficult to access, please contact us. For that purpose, Suncoast has created a process for investigating and responding to your accessibility concerns and/or questions. If you would like to contact us, please do so from our Contact Us page.

5/5

https://www.suncoastcreditunion.com/blog/safety-and-protection/help-protect-yourself-from-a-scam-with-one-simple-action

# EXHIBIT E

MAIL CODE: ATM-001
PO BOX 11799
TAMPA, FL 33680





**Suncoast**
Credit Union

>000638 4502546 000638 1  1 0Z 000000
DARLA SOLOMON



800-999-5887

## Hi! Meet your new Suncoast Visa Debit Card.



**Sun** IMPORTANT NOTICE:
YOUR CARD MUST BE ACTIVATED BEFORE
IT CAN BE USED. TO ACTIVATE AND SELECT
A PIN, CALL TOLL FREE 1-844-688-4725
(REMOVE THIS LABEL BEFORE USING THE CARD)
051848P

GOOD THRU
LAST DAY OF          **DEBIT**
DARLA SOLOMON    **VISA**

**ACTIVATE YOUR CARD TODAY BY CALLING**
# 1-844-688-4725

To activate your card, you will need last four digits of
the primary account holder's social security number.

For account information or information about
other credit union services, visit
suncoastcreditunion.com.

 

### Convenient.

- Use your debit card for everyday purchases, big or small
- Get cash at any of our FREE network ATMs nationwide, including Suncoast ATMs, Publix® Presto® ATMs, and ATMs within the CO-OP Network
- Use Apple Pay or similar mobile wallet to pay directly from your mobile or wearable device

### Secure.

- Fraud protection at every swipe with chip enabled debit cards
- It's safer than cash – all transactions are subject to real time fraud monitoring
- Receive notifications for unusual activity on your card
- Additional layer of security with Card Lock which allows you to temporarily lock or unlock your debit card in real-time

### Convenient.

- No monthly fees – swipe away
- Review transactions instantly from the SunMobile app
- Two cents of each swipe are donated towards the education and well-being of children in your community

4493830

# Suncoast Account Statement

Member Number: ▋▋▋▋ | 11/15/2022 - 12/14/2022 | Page 1 of 1



**Suncoast**
Credit Union

**Access Your Account:**

SunNet Online Banking
SunMobile App
SunTel Phone Banking



DARLA SOLOMON
▋▋▋▋▋▋▋▋

For Direct Deposit and
Automatic Payments use
**Routing Number (RTN):**

▋▋▋▋▋▋▋

### IRS FORM

IRS Form 1099INT will be mailed by January 31, 2023 reflecting dividend (interest) earned in excess of $10.00 on each social security number for tax year 2022. If duplicate copies of tax forms are requested, a $1 fee will be assessed.

---

### REGULAR SAVINGS Suffix 0000
### Transaction History

| Post Date | Eff Date | Transaction Description | Amount | New Balance |
|---|---|---|---|---|
| 11/15/2022 | | Balance Forward | | 0.00 |
| | | No transactions for this cycle | | |

| | Total for this Statement Period | Total Year to Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

---

### SMART CHECKING Suffix 0050
### Activity Summary

| | |
|---|---|
| Previous Balance 11/15/2022 | $0.00 |
| Deposits | $0.00 |
| Withdrawals | $0.00 |
| **Ending Balance 12/14/2022** | **$0.00** |

### Transaction History

| Post Date | Eff Date | Transaction Description | Amount | New Balance |
|---|---|---|---|---|
| | | No transactions for this cycle | | |

| | Total for this Statement Period | Total Year to Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

---

800.999.5887 | 813.621.7511 | suncoastcreditunion.com | P.O. Box 11904, Tampa, FL 33680

# Suncoast Account Statement

Member Number: ██████████ | 10/15/2022 - 11/14/2022 | Page 1 of 1



**Suncoast Credit Union**




DARLA SOLOMON ████████████████

ɪ‖ᵖˑ‖ᵐᵐ‖ˑ‖ᵖ‖‖‖‖ᵖˑᵖ‖ˑᵖ‖ˑᵖᵖˑ‖‖‖‖ᵖˑᵖˑ‖ᵖˑ‖‖ᵖˑ‖ᵖˑ‖‖ᵖˑ

**Access Your Account:**

SunNet Online Banking
SunMobile App
SunTel Phone Banking

For Direct Deposit and
Automatic Payments use
**Routing Number (RTN):
263182817**

### Save Money on Your Mortgage and Closing Costs!

You have money saving options even when interest rates are rising with
our **3/3 Adjustable-Rate Mortgage** that offers up to **$3,000 toward
your closing costs!**

For details and to learn more visit **suncoastcreditunion.com/arm.**

---

**REGULAR SAVINGS Suffix 0000**

## Transaction History

| Post Date | Eff Date | Transaction Description | Amount | New Balance |
|-----------|----------|------------------------|--------|-------------|
| 10/15/2022 | | Balance Forward | | 0.00 |
| | | No transactions for this cycle | | |

| | Total for this Statement Period | Total Year to Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**SMART CHECKING Suffix 0050**

## Activity Summary

| | |
|---|---|
| Previous Balance 10/15/2022 | $0.00 |
| Deposits | $0.00 |
| Withdrawals | $0.00 |
| **Ending Balance 11/14/2022** | **$0.00** |

## Transaction History

| Post Date | Eff Date | Transaction Description | Amount | New Balance |
|-----------|----------|------------------------|--------|-------------|
| | | No transactions for this cycle | | |

| | Total for this Statement Period | Total Year to Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

---

# Suncoast Account Statement

Member Number: ███████   09/19/2022 - 10/14/2022 | Page 1 of 1



**Suncoast**
**Credit Union**

**Access Your Account:**

SunNet Online Banking
SunMobile App
SunTel Phone Banking





DARLA SOLOMON

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

For Direct Deposit and
Automatic Payments use
**Routing Number (RTN):**
**263182817**

---

## It's easier than ever to open a new account or apply for a loan!

When you need to apply for a loan or open a new account, we make it easy!
Our new **Open and Apply feature in SunNet and SunMobile** allows you to
access multiple products online, in one convenient place.

Just log in, tap "Open & Apply" and follow the steps to get started. It's simple!

---

## REGULAR SAVINGS Suffix 0000
### Transaction History

| Post Date | Eff Date | Transaction Description | Amount | New Balance |
|---|---|---|---|---|
| 09/19/2022 | | Balance Forward | | 0.00 |
| 09/19/2022 | 09/19/2022 | Deposit | 271.00 | 271.00 |
| | | ONLINE ACCOUNT OPENING DEPOSIT | | |
| 09/21/2022 | 09/21/2022 | Withdrawal ACH DEP RTRND | -271.00 | 0.00 |

| | Total for this Statement Period | Total Year to Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## SMART CHECKING Suffix 0050
### Activity Summary

| | |
|---|---|
| Previous Balance 09/19/2022 | $0.00 |
| Deposits | $3,210.00 |
| Withdrawals | $-3,210.00 |
| **Ending Balance 10/14/2022** | **$0.00** |

### Transaction History

| Post Date | Eff Date | Transaction Description | Amount | New Balance |
|---|---|---|---|---|
| 09/19/2022 | 09/19/2022 | Deposit | 3,210.00 | 3,210.00 |
| | | ONLINE ACCOUNT OPENING DEPOSIT | | |
| 09/21/2022 | 09/21/2022 | Withdrawal ACH DEP RTRND | -3,210.00 | 0.00 |

| | Total for this Statement Period | Total Year to Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

---

800.999.5887 | 813.621.7511 | suncoastcreditunion.com | P.O. Box 11904, Tampa, FL 33680

# EXHIBIT F

Consumer Relations
PO Box 583399
Minneapolis, MN 55458
www.chexsystems.com
Phone: 800.513.7125; Fax: 602.659.2197


**ChexSystems**"

000297 D29271L0111022474084 000000 000016 006

**DARLA SOLOMON**



Date: 11/10/2022
Consumer ID:

Dear Darla Solomon,

This letter pertains to communication that Chex Systems, Inc. (ChexSystems) has received about information contained in our files. ChexSystems is a nationwide specialty consumer reporting agency under the federal Fair Credit Reporting Act (FCRA).

**What you need to know:**



- The reinvestigation of the Social Security number (SSN) discrepancy is complete.
- ChexSystems has verified that the SSN provided is associated with another individual's account information.
- Enclosed is a copy of the consumer disclosure report, which was created by using the identifiers provided to us.

**What you need to do:**

- Please provide verification of the SSN issued from the Social Security Administration (SSA) so that ChexSystems can further pursue this matter.
    - Verification may be in the form of a letter or document from the SSA or its website (www.ssa.gov).
    - A copy of the Social Security card would also serve as verification of the SSN.
- Once ChexSystems receives the verification, we will alter the information so that the SSN is no longer associated with the other individual's account information.
- Please review the enclosed Summary of Rights of Identity Theft Victims document, which may provide further helpful information regarding this matter.

**Your rights:**
Listed below are some of the rights available to you as a consumer:

- **Summary of Rights:** See the Summary of Rights enclosure for consumer rights that may be available.
- **Right to Dispute:** If you disagree with the accuracy or completeness of the information on the consumer disclosure report, you have the right to submit a dispute directly to the source(s) of the information. However, if you prefer, ChexSystems will contact the source(s) to initiate a reinvestigation. Submit a dispute to ChexSystems through our website, by mail, by fax, or by calling our office to speak with a Consumer Relations Representative. Provide a description of the reason for the dispute and exactly what information is being disputed. Under normal circumstances, reinvestigations are completed within the timeframe of approximately 30 days (21 days for residents of Maine), beginning on the date that ChexSystems receives the dispute. ChexSystems will, free of charge, conduct a reasonable reinvestigation to determine the accuracy and completeness of the disputed information and update our files accordingly before the end of the timeframe.

Page 1 of 4



00000297-001-006-T29271L0111022474084-LETTERC1-00-0-00000016

Consumer Relations
PO Box 583399
Minneapolis, MN 55458
www.chexsystems.com
Phone: 800.513.7125; Fax: 602.659.2197



- **Right to Add Consumer Statement to File:** You have the right to add a statement to the consumer file at ChexSystems that disputes the accuracy or completeness of the information on file (pursuant to FCRA 15 U.S. Code § 1681i). Submit the statement in writing and specifically request that the statement be added to the consumer file. If necessary, contact ChexSystems for help with writing a clear statement or revising your existing statement (if you already have one on file). If personal information is included in the statement, such as medical data, that information will not be masked or removed; it will be included on the consumer disclosure report and provided to any party that inquires or is provided information about the consumer.

- **Right to Receive Description of Procedure Used to Determine Accuracy of Disputed Information:** If requested by you, ChexSystems will provide you with a description of the procedure used to determine the accuracy and completeness of the disputed information in your consumer file at ChexSystems, including the business name, address, and the telephone number of any furnisher of information contacted in connection with such information, if reasonably available.

- **Right to Receive Notification of Change:** If any information has been deleted or a notation as to disputed information has been added to your consumer file at ChexSystems, you have the right under FCRA 15 U.S. Code § 1681i to request that ChexSystems furnish notifications under that subsection. This means that ChexSystems will notify any specific party you designate who within the past 2 years has received a consumer report for employment purposes or within the past 6 months has received a consumer report for any other purpose that contained the deleted or changed information.

ChexSystems wants to make sure that we answer any questions you may have. If you have any questions or concerns, please visit our website at www.chexsystems.com for general information. You can also call us at 800.513.7125. To write us or send us information that we requested, please use the address provided in our letterhead or fax your information to 602.659.2197.

In any future contact with us, please remember to provide the Consumer ID found at the top of this letter and/or the Social Security number or Tax/Employer Identification Number, as applicable.

Sincerely,
Consumer Relations

Enclosure

Consumer Relations
PO Box 583399
Minneapolis, MN 55458
www.chexsystems.com
Phone: 800.513.7125; Fax: 602.659.2197



# Remedying the Effects of Identity Theft

***Para informacion en espanol, visite www. consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G St. NW, Washington DC 20552.***

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C., 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file** to let potential creditors and others know that you may be a victim of identity theft. A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

   - **Equifax: 800.525.6285; www.equifax.com**
   - **Experian: 888.EXPERIAN (888.397.3742); www.experian.com**
   - **TransUnion: 800.680.7289; www.transunion.com**

   An initial fraud alert stays in your file for at least 90 days. An extended alert stays in your file for 7 years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

2. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

3. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.



Page 3 of 4

00000297-002-008-T29271L0111022474084-LETTER01-00-0-00000016

Consumer Relations
PO Box 583399
Minneapolis, MN 55458
www.chexsystems.com
Phone: 800.513.7125; Fax: 602.659.2197



4. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief — like the name of the creditor and the amount of the debt.

5. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

6. **You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state attorney general.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

Chex Systems, Inc.
Attn: Consumer Relations
PO Box 583399
Minneapolis, MN 55458
www.chexsystems.com
Toll Free:      Fax:
800-513-7125    602-659-2197



11/10/2022

DARLA SOLOMON



| Consumer ID ████ for DARLA SOLOMON |
| --- |
| This report was prepared using the identifiers provided by you. Please provide your Consumer ID number along with your name and Social Security number in any future contact with Chex Systems, Inc. |

| Personal Information |
| --- |
| This section displays personal information you have provided to ChexSystems. This could include information such as names, date of birth, addresses, phone numbers and email addresses. |

**Names:** DARLA SOLOMON;

**Addresses:**

**Date of Birth:**

| Reported Information |
| --- |
| ChexSystems' clients, which consist mainly of financial institutions, furnish information on closed checking and savings accounts, referred to as reported information. ChexSystems' current practice is to retain reported information for a period of five years. The source is under no obligation to remove accurate information, even if paid, but is obligated to update the report with a paid in full or settled in full status and date when applicable. |

No Information Found



**ChexSystems®**



### Inquiries Viewed By Others

This section refers to transactions involving you and are the result of someone accessing your ChexSystems information, typically in connection with a business transaction you initiated with them. The company listed on this type of inquiry requested information from your consumer file on the date(s) specified. These inquires may impact your consumer report and may be included in reports to others. These inquiries remain on your file for up to 3 years.

**Inquirer:**
**Phone Number:**
| | |
|---|---|
| **Inquiry Date:** 11/28/2021 | **SSN/ID Provided:** |
| **Name Provided:** DARLA  SOLOMON | **Phone Numbers:** |
| **Address Provided:** | **Driver's License:** |
| | **State:** |

**Inquirer:**
**Phone Number:**
| | |
|---|---|
| **Inquiry Date:** 01/13/2020 | **SSN/ID Provided:** |
| **Name Provided:** DARLA C SOLOMON | **Phone Numbers:** |
| **Address Provided:** | **Driver's License:** |
| | **State:** |

**Inquirer:**
**Phone Number:**
| | |
|---|---|
| **Inquiry Date:** 01/09/2020 | **SSN/ID Provided:** |
| **Name Provided:** DARLA C SOLOMON | **Phone Numbers:** |
| **Address Provided:** | **Driver's License:** |
| | **State:** |

### Inquiries Viewed Only By You

This section refers to transactions you may or may not have initiated. For this reason, you may not always recognize the source. Inquiries made by medical providers may also be included in this section. The information listed in this section is only viewable by you. It is not included in reports to others and does not negatively affect your consumer report.

No Information Found

### Retail Information

Retail Information refers to returned checks reported by retailers and other businesses to Certegy Payment Solutions, LLC. ChexSystems receives this information from Certegy Payment Solutions, LLC, is not involved in the collection of these items, and retains record of retail information for a period of four years.

No Information Found

2



## History of Checks Ordered

This section displays the check order information that has been reported to ChexSystems within the past five years. Not all check orders are reported to ChexSystems, therefore, this section may not display all orders that have been placed.

No Information Found

## Social Security Number Validation

Social Security Number Validation indicates the year and state that a particular sequence of digits first became available for issuance by the Social Security Administration, or that a particular sequence of digits is available for randomized issuance. This information does not include the name of the individual to whom the number was issued.

<span style="background:black">     </span> BECAME AVAILABLE FOR ISSUANCE IN 1983 IN OH

## Notices

You have a right to dispute any item of information contained in your consumer file. If you believe information in your file may be inaccurate or incomplete, you may submit a dispute to ChexSystems using any contact method listed in the letterhead.

Please be certain to include your Consumer ID number, the source of the information you are disputing and the nature of your dispute. ChexSystems will mail a letter to notify you of the results of the reinvestigation within approximately 30 days (21 days for residents of Maine) from the date we receive the dispute. If additional information or documentation relevant to the dispute is provided by you during the course of the reinvestigation, the time frame may be extended by up to 15 days to allow the source sufficient time for review.

You may have a right to place a security freeze on your consumer file. To obtain more information or to place an alert or freeze on your consumer file at ChexSystems, please visit our website at www.chexsystems.com. If you are a current resident of AK, AR, CA, CO, DE, DC, FL, GA, IN, MD, MA, MO, MT, NH, NJ, NM, NY, NC, ND, OH, OK, RI, TN, VT, VA, WV, or WI there may be additional rights and information available to you. Please visit our website at www.chexsystems.com and select the "Security Freeze" link or contact us at the address or telephone number listed above to request a written copy of any applicable state notices.

By submitting your personal information to ChexSystems, you acknowledge your agreement to provide accurate identifying information and your understanding that ChexSystems may access, store, and use this information to the extent permitted by law.



3

00000297-004-006-T29271L011022474684-LETTER01-0C-0-00000016

**ChexSystems**®

# A Summary of Your Rights under the Federal Fair Credit Reporting Act

*Para informacion en espanol, visite www. consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G St. NW, Washington DC 20552.*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G St. NW, Washington DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to obtain a copy of your consumer disclosure report.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance; or
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information. You can request a copy of your Chex Systems, Inc. (ChexSystems) consumer disclosure report by visiting our website at www.chexsystems.com, by voice messaging at 800.428.9623, by mail at Chex Systems, Inc., Attn: Consumer Relations, PO Box 55458, Minneapolis, MN 55458, or by fax at 602.659.2197.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you may have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender. To request your ChexSystems consumer score, you may print the Consumer Score Order Form from our website at www.chexsystems.com or call us at 800.513.7125 to request that we send the form to you. Complete and mail the Consumer Score Order Form to Chex Systems, Inc., Attn: Consumer Relations, PO Box 583399, Minneapolis, MN 55458.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinanace.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Consumer reporting agencies are not required to remove accurate derogatory information from the file of a consumer,** unless the information is outdated or cannot be verified.

4



- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 888.5 OPTOUT (888.567.8688). You may opt out with Chex Systems, Inc. at 877.678.6885 or by visiting our website at www.chexsystems.com.

- **You may seek damages from violators.** If a consumer reporting agency or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **You may submit a complaint** regarding ChexSystems by mail to Chex Systems, Inc., Attn: Consumer Relations, PO Box 583399, Minneapolis, MN 55458, or by contacting the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaints.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS | | CONTACT | |
|---|---|---|---|
| 1. | a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a. | Consumer Financial Protection Bureau 1700 G St. NW Washington, DC 20552 855.411.2372 |
| | b. Such affiliates that are not banks, Savings associations, or credit unions also should list, in addition to the CFPB. | b. | Federal Trade Commission: Consumer Response Center– FCRA 600 Pennsylvania Ave. NW Washington, DC 20580 877.382.4357 |
| 2. | To the extent not included in item 1 above: | | |
| | a. National banks, federal savings associations, and federal agencies of foreign | a. | Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney St., Suite 3450 Houston, TX 77010-9050 800.613.6743 |
| | b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organization operating under section 25 or 25A of the Federal Reserve Act | b. | Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480 888.851.1920 |
| | c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. | FDIC Consumer Response Center 100 Walnut St., Box 11 Kansas City, MO 64106 877.275.3342 |
| | d. Federal Credit Unions | d. | National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke St. Alexandria, VA 22314 703.518.6300 |

5



00000297-005-008-T29271L0111022474084-LETTER01-00-0-00000016

**ChexSystems**

| TYPE OF BUSINESS | | CONTACT |
|---|---|---|
| 3. | Air Carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Ave. SE<br>Washington, DC 20590<br>202.366.2220 |
| 4. | Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E St. SW<br>Washington, DC 20423<br>202.245.0245 or 800.877.8339 |
| 5. | Creditors Subject to Packers and Stockyards Act, 1921 | Packers & Stockyards Headquarters<br>Stop 3601<br>1400 Independence Ave. SW<br>Washington, DC 20250<br>202.720.0219 |
| 6. | Small Business Investment Companies | Association Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third St. SW, 8th Floor<br>Washington, DC 20416<br>800.877.8339 |
| 7. | Brokers and Dealers | Securities and Exchange Commission<br>100 F St. NE<br>Washington, DC 20549<br>800.732.0330 |
| 8. | Federal Land Banks, Federal Lank Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090<br>703.883.4056 |
| 9. | Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center – FCRA<br>600 Pennsylvania Ave. NW<br>Washington, DC 20580<br>877.382.4357 |

## ChexSystems Notice to Consumers

In addition to the information listed in this document, the following may also apply to you. If you need further assistance in understanding your ChexSystems consumer disclosure report, you may call our toll-free number, 800.513.7125, at which personnel are accessible to you during normal business hours. In most circumstances, ChexSystems does not currently require a consumer to pay a fee to obtain a consumer disclosure report.

- **California:** Under California Civil Code, Consumer Credit Reporting Agencies Act, Section 1785.19, you have the right to bring civil action against anyone who improperly obtains access to a file or knowingly or willfully misuses file data.

- **Colorado:** You may call our toll-free number and speak directly to a ChexSystems representative to notify us of disputed information contained in your file. After following all dispute procedures, you may have the right to dispute resolution under the Colorado Consumer Credit Reporting Act, Section 12-14.3-107, Consumers right to file action in court or arbitrate disputes. **Colorado State Consumers have the right to obtain a security freeze for their children or legal wards.** You may obtain from a consumer reporting agency a credit report security freeze for your child who is under sixteen years of age or for your legal ward. If a consumer report has not yet been created for your child or legal ward, you may request that a consumer reporting agency create a consumer record for him or her and place a security freeze on his or her consumer record. You will not be charged to have a security freeze placed on your child's or legal ward's consumer report or to have a consumer record created for your child or legal ward and to have a security freeze placed on the consumer record. You will not be charged to have a security freeze placed on or removed from your child's or legal ward's report or record.

- **Connecticut:** Under Connecticut law, if after an investigation you are not satisfied with your consumer report, you may contact the Connecticut Department of Banking. You have the right to bring civil action against anyone who knowingly or willfully misuses file data or improperly obtains access to your file.

6



- **Maine:** Under Maine law, a consumer reporting agency must verify or remove disputed information within 21 days from the date the dispute was received.

  **Maryland:** You have the right submit complaints to the Commissioner of Banking and Consumer Credit at 500 Calvert St., Suite 402, Baltimore, MD, 21202 or call 888.784.0136. This document explains your rights with regard to the services provided by ChexSystems under Maryland Commercial Law, Subtitle 12, Consumer Reporting Agencies.

- **Massachusetts:** Under Massachusetts law, we must provide someone to help you interpret the information in your file. We must modify or remove inaccurate information after investigation of your dispute. We may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning a dispute should be provided to us. You may be entitled to collect compensation, in certain circumstances, if you are damaged by a person's negligent or intentional failure to comply with the provisions of the credit reporting act.

- **Texas:** After you have followed the dispute procedures and have received the results of an investigation, you may be entitled to dispute resolution under Title 2, Business & Commerce Code, Chapter 20, Regulation of Consumer Credit Reporting Agencies, Section 20.08, Consumer's Right To File Action In Court Or Arbitrate Disputes.

- **Washington:** In accordance with Washington statute (Title 19 RCW, Chapter 182), the information on the previous pages explains your rights with regard to the services provided by ChexSystems. The agency responsible for the enforcement of this statute is: Attorney General of Washington, 800 5th Avenue, Suite 2000, Seattle, WA 98104-3188. Statewide toll-free number: 800.551.4636.



7

00000297-006-006-T29271L0111022474084-LETTER01-00-0-00000016