IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| DARLA C. SOLOMON, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>SUNCOAST CREDIT UNION,<br><br>     Defendant. | Case No: 8:23-cv-00778-SDM-SPF |

**JOINT MOTION TO STAY OR EXTEND CASE MANAGEMENT
REPORT DEADLINE PENDING RULING ON MOTION TO
REMAND TO STATE COURT FOR LACK OF JURISDICTION
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Darla Solomon and Defendant Suncoast Credit Union jointly

move and respectfully request this Court stay or extend the Case Management

Report deadline pending a ruling on Plaintiff's Motion to Remand to State

Court for Lack of Subject Matter Jurisdiction ("Motion to Remand"). In support

of this motion, she states:

1.  On March 2, 2023, Plaintiff filed this action in state court.

2.  On April 10, 2023, Defendant removed this action to this Court.
ECF No. 1.

3.  On May 1, 2023, Plaintiff filed the Motion to Remand this action

to state court, claiming this Court lacks subject matter jurisdiction. ECF No.

1

6.

4.     The Parties must file a Case Management Report ("CMR") within forty days after docketing of an action removed to this Court. M.D. Fla. L.R. 3.02(a)(2), (b)(2). This District's Uniform CMR requires, *inter alia*, a proposed schedule of pretrial deadlines and a discovery plan under Federal Rule of Civil Procedure 26(f)(2). *See* ECF No. 3.

5.     Forty days after the April 10, 2023, removal date, is Saturday, May 20, 2023, making the CMR deadline Monday, May 22, 2023. *See* Fed. R. Civ. P. 6(a)(1)(C).

6.     The Parties agree the Court should determine whether it has subject matter jurisdiction before requiring the parties to submit a CMR, setting pretrial deadlines and approving the discovery plan.

7.     If Plaintiff's Motion to Remand is granted, the action will proceed in state court and be governed by the Florida Rules of Civil Procedure, which will result an entirely different pretrial timeline, discovery plan, etc. Therefore, it is reasonable to delay the deadline for submission of the Parties' CMR.

8.     Thus, the Parties respectfully request that the Court stay the deadline for the CMR requirement until it decides the Motion to Remand. If the Court denies remand, the Parties should be required to file the CMR within 10 days of that order. Alternatively, should the Court deny the stay requested in this Motion, the Court should extend the CMR deadline for 10 days from the

date of that order to give the Parties necessary additional time to meet and confer on proposed pretrial deadlines and their discovery plan.

9.    Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may for good cause shown extend the CMR deadline. Good cause exists on account of the pending Motion for Remand could soon result in the remand of this action to state court.

10.    To further establish good cause, the Parties note the Court has already stayed Plaintiff's deadline to oppose Defendant's Motion to Dismiss pending the ruling on the Motion to Remand. ECF No. 5, 7, 8.

## Local Rule 3.01(g) Certification

11.    Plaintiff's counsel has conferred with Defendant's counsel, and Defendant joins in the relief sought in this Motion.

WHEREFORE, the Parties respectfully requests entry of an Order (a) staying the deadline for the CMR until the Court rules on the Motion to Remand, requiring the CMR to be filed 10 days after an order denying that motion, or (b) in the alternative, extending the CMR deadline to 10 days after a ruling denying the stay of the CMR deadline as requested in this Motion.

Dated: May 19, 2023                     Respectfully submitted,

*/s/ Jeff Ostrow*                        */s/ Daniel A. Nicholas*
Jeff Ostrow (FBN 121452)                 Daniel A. Nicholas (FBN 0847755)
Jonathan M. Streisfeld (FBN              **COLE, SCOTT & KISSANE, P.A.**
117447)                                  4301 West Boy Scout Boulevard
**KOPELOWITZ OSTROW P.A.**               Suite 400

One W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
*ostrow@kolawyers.com*
*streisfeld@kolawyers.com*

*Counsel for Plaintiff and the*
*Proposed Class*

Tampa, Florida 33607
Telephone (813) 509-2691
Facsimile (813) 286-2900
*daniel.nicholas@csklegal.com*

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

Dated: May 19, 2023

_____*/s/ Jeff Ostrow*_____
Jeff Ostrow